# Exhibit 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Daniel AND Foster)[in Keyword Anywhere (GKEY)] AND ("Industrial Stairs") [in Keyword Anywhere (GKEY)]
Search Results: Displaying 1 of 1 entries



*A New Perspective.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001905231 / 2013-12-31 |
| **Application Title:** | A New Perspective. |
| **Title:** | A New Perspective. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Daniel Foster. Address: 9004 Pink Pearl Court, Shreveport, LA, 71115, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-10-09 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Group registration of 32 photographs published from October 9, 2013 - December 27, 2013 |
| **Authorship on Application:** | Daniel Foster; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Daniel Foster, 9004 Pink Pearl Court, Shreveport, LA, 71115, United States, daniel@pixsy.com |
| **Copyright Note:** | Regarding publication: Range of dates: October 9, 2013 - December 27, 2013 |
| **Contents:** | A New Perspective. |
| | Berlin Balconies. |
| | Berlin Hauptbahnhof. |
| | Berlin Fall. |
| | Berlin Kanzleramt. |
| | Cargo Ship. |
| | Cargo Ship 2. |
| | Cargo Ship Loading. |
| | Erasmus Bridge. |
| | Industrial Stairs. |
| | Just Another Office Building. |
| | Natural Beauty. |
| | Natural Gas Fracking in Louisiana. |
| | Natural Gas Rig. |
| | Onward and Upward. |
| | Path on the Coast. |
| | Rotterdam Port. |
| | Schillingstrasse Berlin. |

        Ship at Port.
        Ship at Port 2.
        Shipping Container Crane.
        Shipping Containers.
        Shipping Containers 2.
        Shipping Containers 3.
        Shipping Crane.
        Sushi.
        Train Bridge.
        University of Greenwich.
        Unloading a Ship.
        Water in the Grasslands.
        West Coast.
        Wind Energy.

**Names:** Foster, Daniel





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page