# Exhibit 2

| | |
|---|---|
| **URL** | https://paratex.com/wp-content/uploads/2020/06/seattle-shipyards.jpg |
| **Date captured** | January 12th 2021, 3:36:30PM |
| **Last updated** | January 12th 2021, 3:36:30PM |
| **Hash** | 4e30be1718f3ba636d80b385f60a36f07b3d9408528f295451e89c5093654d26 |



| | |
|---|---|
| **URL** | https://paratex.com/what-we-do/fumigation/ |
| **Date captured** | January 12th 2021, 3:36:21PM |
| **Last updated** | January 12th 2021, 3:36:21PM |
| **Hash** | d0a42d95ce8b31af01537396c68339ee0acdad278397784ed49e774ebbed705c |

☎ 800-542-1234    Login

   Home   What We Do   About   Contact

# Fumigation

The fumigation division of Paratex was started as a ship supply business on the Seattle waterfront in 1908. The company was soon called to place sulfur pots in the holds of ships to eliminate residual rat populations from foreign ports.

Fumigation is the use of a gas instead of a liquid or dust pesticide. It is much more effective in eliminating the egg and larva stage of insects and it also has the advantage of not leaving a residual pesticide. Paratex is one of the few companies in the Northwest with the licenses, insurance and experience to perform fumigations. We also have the only sealed fumigation chamber available to the public in our area.

> Paratex is one of the few companies in the Northwest with the licenses, insurance, and experience to perform fumigations.

Our facility is used for WA state Dept. of Agriculture [USDA] import and export requirements of goods to foreign countries. It is available to the general public for the fumigation of items such as carpets, clothing, furniture and antiques with moths, beetles or other pest infestations.



Our vacuum chamber is 24 ft long and 9 1/2 ft in diameter

We have decades of experience working with the USDA and various foreign governments to meet import/export requirements. We can also assist you with drayage to and from the various piers and transloading when required. We will help you find the most cost-effective and timely process to meet requirements.

For information on scheduling fumigations off-site or at Paratex contact Raffy Sanchez, our Fumigation coordinator at 800-542-1234 or email rsanchez@paratex.com  .



We have years of experience working with USDA, Washington State Dept of Agriculture and various foreign governments to meet import/export requirements

Call us to schedule an evaluation, or do it online!
If we can't fix it we'll tell you who can.

.   800-542-1234

Request an Evaluation Online

Home  -  What We Do  -  About  -  Contact

Sign up for our newsletter:

Subscribe

(206) 682-3456  |  (206) 682-0934

P.O. Box 34560 Seattle, WA 98124

© 2021 Copyright Paratex, LLC .