HON. RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FOTOHAUS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PARATEX PROPERTIES LLC dba PARATEX PEST PREVENTION,<br><br>        Defendant. | Civil Action No. 2:21−cv−01444−RSM<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Note for Motion Calendar: November 15, 2021 |

      Pursuant to Local Rules 7 and 10(g), the parties through their undersigned counsel submit for the Court's approval this stipulation to extend the time for Defendant Paratex Properties LLC to answer or otherwise respond to the Complaint.

      The Complaint was filed on October 22, 2021, and served on Defendant on November 1, 2021. Under Fed. R. Civ. P. 12(a) Defendant is required to respond by November 22, 2021. Counsel for Defendant was just recently engaged and entered his notice of appearance on November 15, 2021. The parties hereby stipulate and agree to a 30-day extension of time for Defendant to respond to the Complaint making such response due on December 22, 2021.

      Dated this 15th day of November 2021.

| | |
|---|---|
| SRIPLAW | SEED IP LAW GROUP LLP |
| /s/Joel B. Rothman<br>Joel B. Rothman, WSBA No. 57717<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433<br>Tel: 561-404-4350<br>joel.rothman@sriplaw.com<br><br>*Attorneys for Plaintiff* | /s/Marc C. Levy<br>Marc C. Levy, WSBA No. 19203<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104<br>Tel: 206-622-4900<br>MarcL@seedip.com<br><br>*Attorneys for Defendant* |

**ORDER**

Pursuant to stipulation, it is so ordered.

DATED this 16th day of November, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SEED IP LAW GROUP LLP

 s/Marc C. Levy_____
Marc C. Levy, WSBA No. 19203

*Attorneys for Defendant*

STIPULATED MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO
COMPLAINT……2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900