HON. RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

FOTOHAUS, LLC,

          Plaintiff,

v.

PARATEX PROPERTIES LLC dba
PARATEX PEST PREVENTION,

          Defendant.

Civil Action No. 2:21-cv-01444-RSM

**SECOND STIPULATED
MOTION TO EXTEND TIME
FOR DEFENDANT TO
RESPOND TO COMPLAINT**

Note for Motion Calendar:
December 17, 2021

Pursuant to Local Rules 7 and 10(g), the parties through their undersigned counsel submit for the Court's approval this second stipulation to extend the time for Defendant Paratex Properties LLC to answer or otherwise respond to the Complaint.

The Complaint was filed on October 22, 2021, and served on Defendant on November 1, 2021. Under Fed. R. Civ. P. 12(a) Defendant was required to respond by November 22, 2021. Counsel for Defendant entered his notice of appearance on November 15, 2021. On the same day, the parties filed a Stipulated Motion to Extend Time for Defendant to Respond to Complaint (Doc. No. 11) to extend the time for Defendant to respond to the Complaint until December 22, 2021. The Court granted the parties' stipulated motion on November 16, 2021 (Order, Doc No. 12).

Since the filing of the parties' first stipulation, the parties have engaged in constructive settlement discussions in an effort to resolve this matter. To facilitate these discussions, the parties hereby stipulate and agree to a further 14-day extension of time for Defendant to respond to the Complaint, making such response due on January 5, 2022.

SECOND STIPULATED MOTION TO EXTEND
TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT……1

Dated this 17th day of December 2021.

SRIPLAW                                    SEED IP LAW GROUP LLP

*/s/Joel B. Rothman*                       */s/Marc C. Levy*
Joel B. Rothman, WSBA No. 57717            Marc C. Levy, WSBA No. 19203
21301 Powerline Road, Suite 100            701 Fifth Avenue, Suite 5400
Boca Raton, FL 33433                       Seattle, WA 98104
Tel: 561-404-4350                          Tel: 206-622-4900
joel.rothman@sriplaw.com                   MarcL@seedip.com

*Attorneys for Plaintiff*                  *Attorneys for Defendant*


**ORDER**

Pursuant to stipulation, it is so ordered.

DATED this 17th day of December, 2021.




RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE




Presented by:

SEED IP LAW GROUP LLP

 s/Marc C. Levy
Marc C. Levy, WSBA No. 19203

*Attorneys for Defendant*


SECOND STIPULATED MOTION TO EXTEND          SEED INTELLECTUAL PROPERTY LAW GROUP LLP
TIME FOR DEFENDANT TO RESPOND TO                    701 FIFTH AVENUE, SUITE 5400
COMPLAINT……2                                      SEATTLE, WASHINGTON 98104-7092
                                                          (206) 622-4900